In the Matter of EUGENE F. BANNIGAN et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and STEPHEN C. SANZILLO et al., Interveners, Respondents.

Argued September 15, 1952; decided September 15, 1952.

*Abraham J. Multer, Louis L. Friedman* and *Harold L. Fisher* for appellants.

*Denis M. Hurley, Corporation Counsel (Irwin L. Herzog* of counsel), for Board of Elections, respondent.

*John P. McGrath* for Thomas E. Morrissey, Jr., and others, respondents.

*George J. Rosling* for Stephen C. Sanzillo and another, interveners-respondents.

Order affirmed; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Not sitting: LOUGHRAN, Ch. J., and FROESSEL, J.